CHRISTOPHER LUND (SBN: 14074)
**GORDON REES SCULLY MANSUKHANI LLP**
1 East Liberty Street
Reno, NV 89501
Telephone: (702) 577-9361
Facsimile: (775) 460-4901
tlund@grsm.com

*Attorneys for Defendant*
*PORTFOLIO RECOVERY ASSOCIATES, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Brittney Nevarez, | CASE NO. 2:26-cv-00224 |
| Plaintiff, | **NOTICE OF REMOVAL UNDER 28 U.SC. 1441(A) (FEDERAL QUESTION)** |
| v. | [Filed Concurrently with Notice of Lodgment of District Court Pleadings and Civil Cover Sheet] |
| Portfolio Recovery Associates, LLC, | |
| Defendant. | (Complaint filed: January 26, 2026) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Portfolio Recovery Associates, LLC (hereinafter referred to as "Defendant" or "PRA") respectfully submits this Notice of Removal in this civil action from The Fourth Judicial District Court of Utah County, State of Utah to the United States District Court for the District of Utah, pursuant to 28 U.S.C. §§ 1441 and 1446, based on federal question jurisdiction. Specifically, Plaintiff Brittney Nevarez (hereinafter referred to as "Plaintiff") asserts a claim for damages against Defendant arising out of alleged violations of the

1

Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*. ("FDCPA") and the Fair Credit Reporting Act, 15 U.S.C. §1681, *et. seq.* ("FRCA").

In support of this Notice of Removal, Defendant, through its counsel, states as follows:

## PROCEDURAL BACKGROUND

1. Plaintiff commenced this action by filing a Complaint in the Fourth Judicial District Court of Utah County, Orem Justice Court on January 26, 2026, styled *Brittney Nevarez v. Portfolio Recovery Assoc,* Case No. 268900061 (the "District Court Action"). *See* Complaint, attached hereto as **Exhibit A**.

2. The Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*. and the Fair Credit Reporting Act, 15 U.S.C. §1681, et. seq. ("FRCA"). *See* Complaint.

3. The Complaint was served on Defendant on February 19, 2026. *See* Return of Service, attached hereto as **Exhibit B**.

## BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION

4. Under 28 U.S.C. § 1441(a), any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where state court action is pending.

5. Further, 28 U.S.C. § 1441(b) provides that any civil action for which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties.

6. This Court has federal question jurisdiction over this action under the provisions of 28 U.S.C. § 1331, and the matter is removable pursuant to 28 U.S.C. § 1441 because the

Complaint alleges that Defendant violated the Fair Debt Collections Act and Fair Credit Reporting Act.  *See* Complaint.

7.      Accordingly, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b).

## TIMELINESS OF REMOVAL

8.      As noted above, the Complaint was served on Defendant on February 19, 2026.

9.      Defendant's Notice of Removal is timely because Defendant filed this Notice "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."  28 U.S.C. § 1446(b)(3).

## VENUE

10.      Venue is proper in this district and division because the District Court Action was filed and is pending in The Third Judicial District Court of Utah County, State of Utah, which is located within the United States District Court for the District of Utah.

## COMPLIANCE WITH REMOVAL PROCEDURES

11.      Defendant has complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446.

12.      As noted above, the Notice of Removal is filed within 30 days of the service of the amended pleading from which it may first be ascertained that the case is one which is or has become removable.

13.      Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, is being served on Plaintiff.

3

14.     Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, will be filed with the Fourth Judicial District Court of Utah County, Orem Justice Court in Case No. 268900061.

15.     Copies of all process, pleadings and orders served on Defendant are attached hereto. *See* Notice of Lodgment of District Court Pleadings, filed concurrently herewith.

**WHEREFORE**, for the foregoing reasons, Defendant removes this action from the Fourth Judicial District Court of Utah County, Orem Justice Court to the United States District Court for the District of Utah and respectfully requests that this Court exercise jurisdiction over this action.

Dated:  March 18, 2026

**GORDON REES SCULLY MANSUKHANI LLP**

By:    /s/ *Christopher Lund*

Christopher Lund
*Attorney for Defendant*
*PORTFOLIO RECOVERY*
*ASSOCIATES*

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2026, a copy of the foregoing document was electronically filed and served to counsel of record via the Court's CM/ECF PACER System and U.S. Mail as follows:

Brittney Nevarez
658 S 100 W
Orem, UT 84058
*Pro se Plaintiff*

By: */s/ Karima Lijassi*

5