# Exhibit A

Salt Lake County Sheriff's Office
Rosie Rivera, Sheriff
Civil Unit

Date _2/9-2026_

Time _9:33_

Deputy Signature _____

FILED

JAN 2 6 2026

City of Orem Justice Court.
State of Utah
Utah County

# Summons

In the ~~Utah County~~ OREM Justice Court of Utah

__4__ Judicial District __Utah__ County

Court Address ~~151 S University Ave. #3300 Provo, Utah 84601~~

| | **Small Claims Summons and Affidavit** |
|---|---|
| | Online Dispute Resolution Case |
| Brittney Nevarez | _2168900061_ |
| Plaintiff | |
| v. | **Case Number** |
| Portfolio Recovery Assoc | |
| Defendant | Judge |

## To:

| Defendant Name and Address |
|---|
| Portfolio Recovery Assoc. |
| Defendant Name and Address 120 Corporate Blvd. Norfolk, VA 23502 |

(15 W. So. Temple #600 slc, Utah 84101)

| **Notice to the Defendant** | **Aviso al demandado** |
|---|---|
| A small claims case has been started against you. This court uses online dispute resolution (ODR) to settle small claims cases. You have two options. | Se ha iniciado un caso de reclamos menores en su contra. Este tribunal utiliza la resolución de disputas en línea (ODR, por sus siglas en inglés) para llegar a un acuerdo en casos de reclamos menores. Usted tiene dos opciones. |
| **Option 1: Using ODR**<br>Instead of going to trial at the courthouse at a specific date and time, you and the plaintiff will work online with a neutral facilitator to reach a settlement. The facilitator will help both parties by asking questions, requesting information, and suggesting clarifications to agreements. | **Opción 1: Usar ODR**<br>**En vez de ir a juicio en el tribunal en una fecha y hora específica, usted y el demandante trabajarán en línea con un facilitador neutral para llegar a un acuerdo. El facilitador ayudará a ambas partes haciendo preguntas, solicitando información y sugiriendo aclaraciones a los acuerdos.** |
| • Within **14 days** of receiving this Affidavit, you must register at **https://odr.utcourts.gov** to try to settle this case.<br>Scan QR code to visit page | • A más tardar 14 días después de haber recibido esta declaración jurada, usted debe registrarse en **https://odr.utcourts.gov** para tratar de llegar a un acuerdo en este |

- **If you do not register within 14 days, judgment may be entered against you for the total amount claimed.** The plaintiff could garnish your paycheck or take your property to pay the debt.
- **Read the Affidavit** below. It explains what the plaintiff wants from this lawsuit.

## Option 2: Asking to be excused from ODR

You can ask to be excused from using ODR to settle your case by:



Scan QR code to visit page

- Visiting www.utcourts.gov/small, filling out the Request to be Excused from Online Dispute Resolution, and filing it with the court, or

- calling the court at

_____
_(phone number) to ask for the Request to be Excused from Online Dispute Resolution. Call within 7 days of receiving this Summons.

You might qualify to be excused from using ODR if you:

- need disability-related assistance,

- don't speak English, or don't have internet access.

## Going to trial

If you can't come to an agreement with the facilitator's help, or if you have been excused from ODR, the case will be scheduled for trial. The court will tell you the date, time, and place of your trial.

If you do not go to the trial, you will lose automatically. The court can enter a judgment against you for the total amount claimed by the plaintiff.



Scan QR code to visit page

If you want to have a jury for your trial, you must file forms to move your case to district court. Visit

---



Para accesar esta página escanee el código QR

caso.

- **Si usted no se registra dentro de 14 días, se puede dictar un fallo en su contra por el monto total reclamado.** El demandante podría embargar su sueldo o tomar sus bienes para pagar la deuda.

- **Lea la declaración jurada** más abajo. Esta explica lo que el demandante quiere de esta demanda.

## Opción 2: Pedir que se le exonere la ODR

Usted puede pedir que se le exonere su participación en la ODR para llegar a un acuerdo en su caso:

- Yendo a www.utcourts.gov/small, llenando la Solicitud de exención de la resolución de disputas en línea y presentándola ante el tribunal, o

Para accesar esta página escanee el código QR

- llamando al tribunal al

_____
(número de teléfono) para pedir la Solicitud de exención de la resolución de disputas en línea. Llame dentro de 7 días después de haber recibido este Citatorio.

Usted puede ser elegible para que se le exonere su participación en la ODR si:

- necesita ayuda relacionada con discapacidad,
- no habla inglés o no tiene acceso al Internet.

## Para ir a juicio

Si no puede llegar a un acuerdo con la ayuda del facilitador, o si se le ha eximido de la ODR, el caso se programará para juicio. El tribunal le dirá la fecha, la hora y el lugar de su juicio.

Si usted no va al juicio, perderá automáticamente. El juez puede dictar un fallo en su contra por el monto total reclamado por el demandante.

www.utcourts.gov/small for more information and to find forms.

**Finding help**



Scan QR code to visit page

The court's Finding Legal Help web page (**www.utcourts.gov/help**) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.

reclamado por el demandante.



Para accesar esta página escanee el código QR

Si desea tener un jurado para su juicio, usted deberá presentar formularios para trasladar su caso al tribunal de distrito. Para más información y para encontrar formularios, visite **www.utcourts.gov/small**.

**Cómo encontrar ayuda**



Para accesar esta página escanee el código QR

La página de Internet del tribunal, Cómo encontrar ayuda legal, (**www.utcourts.gov/help**) proporciona información sobre las maneras en que puede obtener ayuda legal, incluido el Centro de ayuda de los tribunales de Utah, abogados con tarifas reducidas, ayuda legal limitada y talleres jurídicos gratuitos.

Date: _Signature ▶_     1/26/26

Court Clerk

☐

SC Aff ODR Approved 6/18/2018 / Revised **Small Claims Summons and Affidavit Page 5 of 5**
April 13, 2023                              **Online Dispute Resolution Case**

Brittney Nevarez
Name

658 S 100 W
Address

Orem, Utah 84058
City, State, Zip

801-836-1172
Phone

Nevarezbrittney@gmail.com
Email

I am   ⬛ Plaintiff or employee of plaintiff    [ ] Plaintiff's Attorney    (Utah Bar #:_____)

In the _____ Utah County _____ Justice Court of Utah

_____ Judicial District _____ County

Court Address _____ 151 S University Ave #3300 Provo, Utah 84601 _____

**Small Claims Affidavit and Summons**
Online Dispute Resolution Case

Brittney Nevarez

Plaintiff

v.

Portfolio Recovery Assoc.

Case Number

Defendant                                    Judge

This form is for small claims cases filed in justice courts using Online Dispute Resolution **only**. Forms for all other justice courts can be found here: www.utcourts.gov/howto/smallclaims/

1.    Defendant owes me the following amounts:

Claim described in paragraph 2.
(Include any prejudgment interest accrued to date and applicable attorney fees. Attach statute or contract authorizing claim for attorney fees.)                                    $    8000

Plus, the amount I paid to file this claim.            $    100

Plus, the amount I paid to serve claim.              $    150

Equals, the total amount I am seeking.             $    8250

   plus prejudgment interest, if qualified.

2.    The events happened on
_____Multiple_____ (date). My claim is based on the following facts:

3.    Choose one:

[ ]  Defendant resides within the jurisdiction of the court.

[X] The events happened within the jurisdiction of the court..

4.    [X]  I am not suing a government entity. I am not suing a government employee for the employee's on-the-job conduct.

5    [X]  I am not suing on a claim that has been

Plaintiff disputed an alleged debt with Defendant Portfolio Recovery Associates, LLC in writing and timely requested validation pursuant to the Fair Debt Collection Practices Act (15 U.S.C. §1692g).

Despite receipt of Plaintiff's written dispute, Defendant continued to place multiple telephone calls to Plaintiff and continued reporting the alleged debt to consumer reporting agencies without providing proper validation, constituting unlawful collection activity.

Defendant's conduct constitutes violations of:
- The Fair Debt Collection Practices Act, including but not limited to 15 U.S.C. §§ 1692c, 1692d, and 1692g; and
- The Fair Credit Reporting Act, 15 U.S.C. §1681, by reporting and verifying disputed information without conducting a reasonable investigation.

As a result, Plaintiff seeks statutory damages, court costs, and an order requiring Defendant to cease collection activity and delete the account from Plaintiff's credit reports.

Plaintiff requests judgment in the amount of $~~2,000~~ 2250, plus court costs and any other relief the court deems just and proper.

Including Requiring account after Deletion. Have all proof.

J.    [ ]    I am not suing on a claim that has been assigned to me.

| | | |
|---|---|---|
| I declare under criminal penalty under the law of Utah that everything stated in this document is true. Signed at _____Orem, Utah_____ (city, and state or country). | | |
| | Signature ► | |
| Date    12/18/2025 | Brittney Nevarez    Printed Name | |

SC Aff ODR Approved 6/18/2018 / Revised **Small Claims Summons and Affidavit** Page 5 of 5
April 13, 2023                              **Online Dispute Resolution Case**